**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HUMBERTO HERNANDEZ SEBASTIAN,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondent.

Case No. 5:26-cv-05252-MWC-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party filed objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the Petition; and (2) issuing a writ of habeas corpus requiring Petitioner Humberto Hernandez Sebastian's (A# 246-062-122) continued release and

prohibiting his re-detention absent notice and a pre-deprivation hearing before a neutral decisionmaker.

Dated: October 20, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE