JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HUMBERTO HERNANDEZ SEBASTIAN,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondent.

Case No. 5:26-cv-05252-MWC-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 20, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE